IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JULIUS CHATMAN et al.,

        Plaintiffs,                  No. 2:10-cv-0141 LKK JFM PS

    vs.

BANK OF AMERICA HOME LOANS
et al.,
        Defendants.             <u>ORDER</u>

_____/

        Plaintiffs are proceeding in this action pro se. Plaintiffs have requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiffs have submitted the affidavit required by § 1915(a) showing that they are unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiffs' request to proceed in forma pauperis is granted;

        2. Plaintiffs shall obtain one USM-285 form for each defendant named in the complaint, one summons for each defendant and an instruction sheet. Blank USM-285 forms , blank summons, and instruction sheets are available in the office of the Clerk of the Court;

1

3. Within thirty days from the date of this order, plaintiffs shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. One completed summons for each defendant named in the complaint;

    b. One completed USM-285 form for each defendant named in the complaint; and

    c. Three copies of the endorsed complaint filed;

4. Plaintiffs need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs;

5. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: February 16, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014.chat0141.ifp