IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JULIUS CHATMAN et al.,

      Plaintiffs,                No. 2:10-cv-0141 LKK JFM PS

      vs.

BANK OF AMERICA HOME LOANS
et al.,
      Defendants.            <u>ORDER</u>
_____/

      Plaintiffs are proceeding pro se and in forma pauperis in this action.

      By an order filed February 17, 2010, this court ordered plaintiffs to complete and return to the court, within thirty days, the USM-285 forms and copies of the complaint which are required to effect service on the defendants. On February 24, 2010, plaintiffs submitted two copies of the USM-285 Forms and three copies of the complaint, but failed to file one summons for each defendant.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on February 24, 2010; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court one summons for each defendant to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: March 3, 2010.

UNITED STATES MAGISTRATE JUDGE

/014.chat0141.8f