IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JULIUS CHATMAN et al.,

       Plaintiffs,                 No. 10-cv-0141 LKK JFM PS

   vs.

BANK OF AMERICA HOME LOANS et al.,

       Defendants.           <u>ORDER</u>

_____/

       Plaintiff is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 28 U.S.C. § 1331(a).

       On March 30, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Bank of America Home Loans was returned unserved because the name of defendant was incorrect. Plaintiff has provided additional information to serve this defendant.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to send to plaintiff 1 USM-285 form, along with an instruction sheet and a copy of the complaint filed January 19, 2010;

/////

/////

2. Within twenty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each unserved defendant;

    b. Two copies of the endorsed complaint filed January 19, 2010; and

    c. One completed summons form with defendant Bank of America's correct name. Plaintiff may obtain the summons form at the Clerk's Office at 540 "I" Street, Fourth Floor, Sacramento, CA 95814 or through the court's website, www.caed.uscourts.gov.

3. The status conference currently scheduled for October 21, 2010 is continued to January 6, 2010.

DATED: October 14, 2010.

UNITED STATES MAGISTRATE JUDGE

/014;chat0141.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT JULIUS CHATMAN et al., | | |
| | Plaintiffs, | No. 10-cv-0141 LKK JFM PS |
| vs. | | |
| BANK OF AMERICA HOME LOANS et al., | | NOTICE OF SUBMISSION |
| | Defendants. | OF DOCUMENTS |
| _____ / | | |

  Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

  _____ completed summons form

  _____ completed USM-285 forms

  _____ copies of the _____
            Complaint

DATED:

              _____
              Plaintiff