1
2
3
4
5
6
7
8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ROBERT JULIUS CHATMAN et al.,

11          Plaintiffs,              No. 10-cv-0141 LKK JFM PS

12      vs.

13  BANK OF AMERICA HOME LOANS      ORDER AND ORDER DIRECTING SERVICE
    et al.,
14          Defendants.             BY THE UNITED STATES MARSHAL

15                                  WITHOUT PREPAYMENT OF COSTS
    _____/
16
            Plaintiffs are proceeding pro se and in forma pauperis in this action.  On March
17
    30, 2010, the court ordered the United States Marshal to serve the complaint on the two named
18
    defendants in this action.   The Marshal was unable to effect service on defendant "Bank of
19
    America Home Loans" because the name provided on the summons was incorrect.
20
            By an order filed October 15, 2010, this court ordered plaintiffs to complete and
21
    return to the court, within twenty days, a summons with defendant Bank of America's proper
22
    name.  Because it appeared that plaintiffs did not comply with the court order, the undersigned
23
    recommended dismissal of this action.  Plaintiffs filed a timely objection along with a properly
24
    completed summons.  In light thereof, the findings and recommendations are hereby vacated.
25
            Accordingly, IT IS HEREBY ORDERED that:
26

                                            1

1.  The December 10, 2010 findings and recommendations are vacated.

2.  The status conference scheduled for January 6, 2011 is continued to April 14, 2011.

3.  The Clerk of the Court is directed to forward the instructions for service of process, the completed summons, copies of the complaint and copies of this order to the United States Marshal.

4.  Within ten days from the date of this order, the United States Marshal is directed to notify defendant Bank of America Corporation of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c).

5.  The U.S. Marshal is directed to retain the sealed summons and a copy of the complaint in their file for future use.

6.  The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

7.  If a waiver of service is not returned by a defendant within forty-five days from the date of mailing the request for waiver, the United States Marshal shall:

    a.  Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

    b.  Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if

1      required.  Costs of service will be taxed against the personally served

2      defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

3          8.  Defendant shall reply to the complaint within the time provided by the

4  applicable provisions of Fed. R. Civ. P. 12(a).

5          9.  Each party shall keep the court apprised of a current address at all times while

6  the action is pending.  Any change of address must be reported promptly to the court in a

7  separate document captioned for this case and entitled "Notice of Change of Address."  A notice

8  of change of address must be properly served on other parties.  Pursuant to Local Rule 182(d),

9  service of documents at the record address of a party is fully effective.  Failure to apprise the

10  court of a change of address may result in the imposition of sanctions, which may include

11  dismissal of the action.

12          10.  The failure of any party to comply with this order, the Federal Rules of Civil

13  Procedure, or the Local Rules of Court, may result in the imposition of sanctions including, but

14  not limited to, dismissal of the action or entry of default.

15  DATE: January 3, 2011.

16

17                                          _____

18                                          UNITED STATES MAGISTRATE JUDGE

19  /014;chat0141.serve.usm

20

21

22

23

24

25

26