IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JULIUS CHATMAN et al.,

        Plaintiffs,                No. 10-cv-0141 LKK JFM PS

    vs.

BANK OF AMERICA HOME LOANS
et al.,
        Defendants.            <u>ORDER</u>

_____/

        On October 27, 2011, plaintiff filed a request for a court date. Accordingly, IT IS HEREBY ORDERED that a status conference will be held on January 12, 2012 at 11:00 a.m. in Courtroom # 26. Should any party wish to appear telephonically, they shall contact courtroom deputy Jonathan Anderson at (916) 930-4072 to make arrangements.

DATED: December 8, 2011.

                                        UNITED STATES MAGISTRATE JUDGE

/014.chat0141.status

1